UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      Plaintiff )<br>)<br>v. )<br>)<br>$314,635.90 UNITED STATES, )<br>CURRENCY, SEIZED FROM )<br>WEBSTER BANK ACCOUNT NO. )<br>XXXXX9615, *et al.* )<br>      Defendants ) | Civil Action No. 12-30167-RWZ |

## **PARTIAL FINAL JUDGMENT AND ORDER OF FORFEITURE**

**ZOBEL, S.D.J.**

This Court having allowed plaintiff's Notice for Entry of Default, it is hereby

ORDERED, ADJUDGED and DECREED:

1.     That judgment be and hereby is entered in favor of the plaintiff, the United States of America, and against the defendant property, described as:

    a. 2 pallets of smokeless tobacco, cigars, and other non-cigarette tobacco products seized from the Seymour Residence (the "Seymour Tobacco")[1];

    b. $26,893 in United States currency seized from West Hartford, Connecticut;

    c. $2,919 in United States currency seized from Seymour, Connecticut;

    d. $12,034 in United States currency seized from West Haven, Connecticut;

    e. $130,174 in United States currency seized from 1623-25 Berlin Turnpike, Berlin, Connecticut;

---

[1] The asset described in item a. was sold in or around September 2012 pursuant to an interlocutory sale agreement executed by the United States and the relevant, potentially interested parties. Pursuant to such interlocutory sale agreement, the government now holds the net sale proceeds (*i.e.*, the sale amount less sale and auction costs) in lieu of the Seymour Tobacco. Accordingly any reference to the Seymour Tobacco in this Partial Final Judgment and Order of Forfeiture shall mean the net sale proceeds from the interlocutory sale of the Seymour Tobacco.

  f. $44,691 in United States currency seized from 2666 State Street, Hamden, Connecticut;

  g. $1,620 in United States currency seized from 39B Mill Plain Road, Danbury, Connecticut;

  h. $3,390 in United States currency seized from 337 East Columbus Avenue, Springfield, Massachusetts;

  i. one 2005 Lexus LX 470 Sport Utility Vehicle, bearing Vehicle Identification Number JTJHT00W454002278; and

  j. one 2005 Toyota 4Runner Sport Edition, bearing Vehicle Identification Number JTEBU14R150063476

(collectively, the "Forfeited Assets");

  2. That the Forfeited Assets are hereby forfeited to the United States of America pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 981(a)(1)(A);

  3. That any claims of interest of any party claiming any right, title, or interest in or to the Forfeited Assets, are hereby in default and dismissed, having been defaulted on February 27, 2014;

  4. That the United States of America, through the United States Marshals Service, shall retain the Forfeited Assets in it secure custody and control, and shall dispose of them in accordance with the law; and

  5. That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the term of this judgment.

APPROVED AND SO ORDERED:

_____
RYA W. ZOBEL
United States Senior District Judge    Dated: March 9, 2015

2